# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CORRIE DARNELL ROBINSON**                                                **PLAINTIFF**

**v.**                             **3:09CV00171 BSM/JTR**

**JACK MCAAN, Sheriff Craighead County, et al.**               **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, for failing to state a claim on which relief may be granted.

2. Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 15th day of December, 2009.

                                                                             */s/ Brian S. Miller*
                                                        UNITED STATES DISTRICT JUDGE