**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CORRIE DARNELL ROBINSON**                                                        **PLAINTIFF**

v.                                        **3:09CV00171 BSM/JTR**

**JACK MCAAN, Sheriff Craighead County, et al.**                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE